Michael J. JAMESSON, Plaintiff Below, Appellant,

v.

REICHHOLD INCORPORATED, Defendant Below, Appellee.

No. 219, 2016

Supreme Court of Delaware.

Submitted: May 17, 2017

Decided: May 18, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. N12C–03–149

AFFIRMED.

Lateef A. DICKERSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 156, 2017

Supreme Court of Delaware.

Submitted: May 12, 2017

Decided: May 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. No. 1408008905 (N)

DISMISSED.

Michael WIGGINS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 316, 2016

Supreme Court of Delaware.

Submitted: April 13, 2017

Decided: May 22, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1412002182 (N)

AFFIRMED.

Jonatan RODRIGUEZ, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 105, 2017

Supreme Court of Delaware.

Submitted: April 27, 2017

Decided: May 22, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1112016434 (N)

DISMISSED.